E-filing

# PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Nandor J. Vadas<br>U.S. Magistrate Judge | **RE:** | Mister MEILLEUR |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR05-00324 MMC |

**DATE:**   July 11, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Victoria P. Gibson | 510-637-3752 |
|---|---|
| U.S. Pretrial Services Officer Specialist | TELEPHONE NUMBER |

**RE:** MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ]  I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[X]  Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _C_, _15TH floor_ on _July 13, 2005_ at _0930 AM_.

[ ]  Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

   Modification(s)

   A.

   B.

[ ]  Bail Revoked/Bench Warrant Issued.

[ ]  I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

   Other Instructions:

_____          July 11, 2006
**JUDICIAL OFFICER**                  **DATE**

Cover Sheet (12/03/02)