PETER GOODMAN, ESQ.
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California 94104
Telephone: (415) 781-8866
Facsimile: (415) 781-2266

Attorney for Defendant
MISTER MEILLEUR

**FILED**

JUL 2 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By: _____
Deputy Clerk
Date: 7-24-06

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-00324 MCC |
| Plaintiff, | STIPULATED ORDER REVOKING DETENTION ORDER AND SETTING CONDITIONS OF RELEASE |
| vs. | |
| MISTER MEILLEUR, et al., | |
| Defendant. | |

Defendant MISTER MEILLEUR and plaintiff UNITED STATES OF AMERICA, through their respective counsel, Peter Goodman and Assistant United States Attorney Phillip J. Kearney, hereby stipulate and agree as follows:

1. Defendant MEILLEUR is presently in custody after being remanded on July 13, 2006, because of his termination from the Cornell Corrections facility in Oakland, California.

2. On July 24, 2006, Victoria Gibson of Federal Pretrial Services was able to place the defendant at the Cornell Corrections facility in San Francisco.

3. The parties are agreeable to the defendant being released to Cornell Corrections in San Francisco on the condition that he remain at that facility at all times except when seeking employment or working. During the period of his placement at the Cornell Corrections facility in San Francisco, defendant MEILLEUR shall abide by all the

///

-1-

rules applicable to the residents of that facility.

SO STIPULATED
DATED: 7/24/06

_____
PHILLIP J. KEARNEY
Assistant United States Attorney

SO STIPULATED
DATED: 7/24/06

_____
PETER GOODMAN
Attorney for Defendant
MISTER MEILLEUR

SO ORDERED
DATED: 7/25/06

_____
MARIA-ELENA JAMES
United States District Court Magistrate/Judge

-2-

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

v.

ARMOUR et al,

        Defendant.
_____/

Case Number: CR05-00324 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Philip Joseph Kearney
U.S. Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

Peter Goodman
Law Office of Peter Goodman
400 Montgomery Street, 2nd Floor
San Francisco, CA 94104

cc: Victoria Gibson, Pretrial Services
     U.S. Marshals

Dated: July 24, 2006

                                     Richard W. Wieking, Clerk
                                     By: BRENDA TOLBERT, Deputy Clerk