```
 1  PETER GOODMAN, ESQ.
    State Bar No. 65975
 2  400 Montgomery Street, Second Floor
    San Francisco, California 94104
 3  Telephone: (415) 781-8866
    Facsimile:  (415) 781-2266
 4
    Attorney for Defendant
 5  MISTER MEILLEUR
```

6

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | No. CR-05-00324 MCC |
| 11         Plaintiff, | STIPULATED ORDER MODIFYING CONDITIONS OF RELEASE |
| 12   vs. | |
| 13  MISTER MEILLEUR, et al., | |
| 14         Defendant. | |
| 15 | |

16         Defendant MISTER MEILLEUR and plaintiff UNITED STATES OF AMERICA,

17  through their respective counsel, Peter Goodman and Assistant United States Attorney

18  Phillip J. Kearney, hereby stipulate and agree as follows:

19         1.     On July 24, 2006, United States Magistrate/Judge Maria-Elena James

20  ordered defendant MEILLEUR released from custody for placement in the Cornell

21  Corrections facility in San Francisco, California, pursuant to the terms of a Stipulated

22  Order agreed to by counsel for the respective parties to this action, Peter Goodman and

23  Assistant United States Attorney Phillip J. Kearney.

24         2.     Pursuant to that order, defendant MEILLEUR was released from custody

25  on July 26, 2005.

26         3.     Defendant MEILLEUR does not want to reside at the Cornell Corrections

27  facility in San Francisco. Therefore, the parties are requesting that the defendant be

28  ///

```
 1 | remanded into custody pending further order of the court.
 2 | SO STIPULATED
 3 | DATED:  7/31/.6
```

_(signature)_
PHILLIP J. KEARNEY
Assistant United States Attorney

SO STIPULATED
DATED:

_____
PETER GOODMAN
Attorney for Defendant
MISTER MEILLEUR

SO ORDERED
DATED:

_____
EDWARD M. CHEN
United States District Court Magistrate/Judge

-2-

1  remanded into custody pending further order of the court.
2  SO STIPULATED
3  DATED:
4
5
6  _____
   PHILLIP J. KEARNEY
   Assistant United States Attorney
7  SO STIPULATED
8  DATED: 7/31/06
9
10 _____
   PETER GOODMAN
11 Attorney for Defendant
   MISTER MEILLEUR
12 Meilleur shall surrender to the U.S. Marshal service in Oakland.
   SO ORDERED
13 DATED:
14
15  7-31-06
16 _____
   ~~EDWARD M. CHEN~~
17 United States District Court Magistrate/Judge

18  MARIA ELENA JAMES
    UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28

-2-